IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TELVONDRIC MARKESE HAYWOOD                                           PLAINTIFF

v.                          Civil No. 5:17-cv-05075

SHERIFF TIM HELDER; SERGEANT SETH                                    DEFENDANTS
PARTAIN; CORPORAL GARY LUNDSFORD;
and DEPUTY REGGIE WASHINGTON

## OPINION AND ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Plaintiff is incarcerated in the Washington County Detention Center.

On February 5, 2018, the Defendants filed a Motion for Summary Judgment (ECF No. 15). On the following day, an Order (ECF No. 18) was entered directing Plaintiff to file a response to the Motion for Summary Judgment by February 27, 2018. Plaintiff was advised that failure to respond to the Order would subject the case to dismissal, without prejudice.

To date, Plaintiff has not filed a response. He has not requested an extension of time to file his response. No mail has been returned as undeliverable. Plaintiff has failed to comply with the Court's Order (ECF No. 18). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to monitor the case, and to prosecute or defend the action diligently.

IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE based on Plaintiff's failure to prosecute this case, his failure to obey the order of the Court, and his failure to comply with Local Rule 5.5(c)(2). Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** this 6th day of March 2018.

/s/ P. K. Holmes III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE